UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERNELL JEFFREY LONG,

     Plaintiff,

     v.

ALPHABET INC., et al.,

     Defendants.

Case No. 25-cv-09760-WHO

**ORDER REGARDING PENDING MOTIONS**

Specially appearing defendants have motions to dismiss the Complaint and to compel arbitration, both set to be argued on March 25, 2026.  Having reviewed both motions and the oppositions filed by plaintiff, I am inclined to rule on the motion to compel prior to ruling on the motion to dismiss.[1]

With respect to the motion to compel, specially appearing defendants present evidence of what someone signing up for a Google Ads account would see *currently*.  *See* Declaration of Armete Mobin [Dkt. No. 15-4], ¶¶ 2-4 & Ex. A ("current account-creation webpage").  Plaintiff signed up for his Google Ads account on September 1, 2021.  *See* Motion to Dismiss [Dkt. No. 16] at 11.  Defendants bear the burden on their motion to compel to provide evidence of how the account-creation website page looked at the time plaintiff signed up, not what someone might see today.  *See Godun v. JustAnswer LLC*, 135 F.4th 699, 709-710 (9th Cir. 2025) (identifying "visual conspicuousness" factors necessary to demonstrate inquiry notice).

The hearing on March 25, 2026 is reset to **April 15, 2026 at 2:00 p.m.** by videoconference.  If defendants wish to proceed with the motion to compel, they shall submit a

---

[1] My tentative ruling on the motion to dismiss is that a number of the claims would be dismissed as barred as a matter of law or dismissed for failure to state a claim, but I would be inclined to grant leave to amend on at least a few of the claims.

United States District Court
Northern District of California

declaration and exhibits by April 3, 2026, that demonstrate how the account-creation webpage appeared on September 1, 2021.  If defendants do not wish to proceed with the motion to compel, they may file a notice of withdrawal on the docket and I will consider only the motion to dismiss on April 15, 2026.  If defendants file a declaration and exhibits in further support of their motion to compel, plaintiff may file a response – not to exceed three pages – by April 10, 2026.

**IT IS SO ORDERED.**

Dated: March 20, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California